UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

KIRAN VUPPALA,

                              Plaintiff,

        -against-

AMBER CAR PARK, LLC, a New York limited
liability company, a/k/a SEVEN ELEVEN CAR
PARK, LLC, d/b/a GGMC PARKING, and SLG
711 FEE LLC, a New York limited liability
company,

                              Defendants.
-----------------------------------------------------------X

**STIPULATION
OF VOLUNTARY
DISMISSAL PURSUANT
TO F.R.C.P. 41(a)(1)(A)(ii)**

1:24-cv-01998 (JHR)

 

     **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned,

attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have

been asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and

without costs, fees, or expenses.

Dated:  September 30, 2024

**THE WEITZ LAW FIRM, P.A.**          **LANDMAN CORSI BALLAINE & FORD P.C.**

By: _____          By: _____

    B. Bradley Weitz, Esq.                       Tina S. Bhatt, Esq.
    18305 Biscayne Blvd., Suite 214          120 Broadway 13th Floor
    Aventura, Florida 33160                     New York, New York 10271
    (305) 949-7777                                 (212) 238-4800
    bweitz@gmail.com                            tbhatt@lcbf.com

    *Counsel for Plaintiff*                        *Attorneys for Defendant SLG 711 Fee LLC*

WILSON ELSER MOSKOWITZ EDELMAN &
DICKER LLP

By: _____
Jonathan Meer
150 E 42nd Street
New York, NY 10017
212.915.5639
jonathan.meer@wilsonelser.com

*Attorneys for Defendant Amber Car Park LLC*

SO ORDERED this ____ day of _____, 2024.

_____
**HON. JENNIFER H. REARDEN, U.S.D.J.**