UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

KIRAN VUPPALA,

                              Plaintiff,

              -against-

AMBER CAR PARK, LLC, a New York limited
liability company, a/k/a SEVEN ELEVEN CAR
PARK, LLC, d/b/a GGMC PARKING, and SLG
711 FEE LLC, a New York limited liability
company,

                          Defendants.
-----------------------------------------------------------X

**STIPULATION
OF VOLUNTARY
DISMISSAL PURSUANT
TO F.R.C.P. 41(a)(1)(A)(ii)**

1:24-cv-01998 (JHR)

     **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned,

attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have

been asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and

without costs, fees, or expenses.

Dated: September 30, 2024

| | |
|---|---|
| **THE WEITZ LAW FIRM, P.A.** | **LANDMAN CORSI BALLAINE & FORD P.C.** |
| By: _____ | By: _____ |
| B. Bradley Weitz, Esq. | Tina S. Bhatt, Esq. |
| 18305 Biscayne Blvd., Suite 214 | 120 Broadway 13th Floor |
| Aventura, Florida 33160 | New York, New York 10271 |
| (305) 949-7777 | (212) 238-4800 |
| bweitz@gmail.com | tbhatt@lcbf.com |
| *Counsel for Plaintiff* | *Attorneys for Defendant SLG 711 Fee LLC* |

WILSON ELSER MOSKOWITZ EDELMAN &
DICKER LLP

By:    _____

Jonathan Meer
150 E 42nd Street
New York, NY 10017
212.915.5639
jonathan.meer@wilsonelser.com

*Attorneys for Defendant Amber Car Park LLC*

The above-referenced action is dismissed with prejudice.  The Clerk of Court is directed to terminate the case.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: October 3, 2024

SO ORDERED this _____ day of _____, 2024.

_____
HON. JENNIFER H. REARDEN, U.S.D.J.